IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FLAVIA MARTINS CAHOTE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-0769 |
| | § | |
| BAPTISTA SUMBE, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

In accordance with this court's opinion of the same date, this action is dismissed without prejudice.

SIGNED on June 27, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge